# United States District Court
# Central District of California

| | |
|---|---|
| EDWIN BLACKMON,<br><br>          Plaintiff,<br><br>     v.<br><br>CARDINAL HEALTH 411, INC.;<br>CARDINAL HEALTH, INC.; and DOES<br>1–25, inclusive,<br><br>          Defendants. | Case No. 2:14-cv-8956-ODW(MAN)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 26), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by August 29, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

July 29, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**